

## NUMBER 13-12-00686-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

EDEL P. RUISECO,                                                                    Appellant,

v.

GLADYS ANN WHITTAKER,                                                    Appellee.

**On appeal from the County Court at Law
of San Patricio County, Texas**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides and Longoria
Memorandum Opinion Per Curiam**

Appellant Edel P. Rusieco perfected an appeal from a judgment entered by County Court at Law of San Patricio County dismissing appellant's forcible detainer action to evict appellee from a townhouse that they shared. Appellant has filed a motion to dismiss the appeal as moot. Appellant informs this Court that appellee has vacated the townhouse that was the subject of the forcible detainer action. Appellant certifies that the motion

has been served on appellee's counsel of record, and appellee has responded that she is not opposed by and through her counsel.

The Court, having considered the documents on file and appellant's motion to dismiss, is of the opinion that the motion should be GRANTED. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
1st day of August, 2013.